*Monday, November 16, 1998*

## MOTION DOCKET

**98-1274. Laidlaw Waste Sys., Inc. v. Consol. Rail Corp.**
Certified State Law Question, No. C2980227. This cause came before the court on the certification of a state law question from the United States District Court, Southern District of Ohio, Eastern Division. On November 12, 1998, petitioner filed a reply brief that was due November 2, 1998, under S.Ct.Prac.R. XVIII(7). Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the untimely filing of a brief,
  IT IS ORDERED by the court, *sua sponte,* that petitioner's reply brief be, and hereby is, stricken.

**98-2145. Kohrman, Jackson & Krantz, P.L.L. v. Fraiberg.**
Cuyahoga App. No. 73276. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay,
  IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98-2178. Burnes v. Webb.**
Athens App. No. 97CA45. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay,
  IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98-2198. State v. Talley.**
Montgomery App. No. 16479. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay,
  IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98-2210. State ex rel. Vance v. Rockwell Internatl.**
Franklin App. No. 97APD06-869. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion for stay filed by Rockwell International,
  IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.
  MOYER, C.J., dissents.

## MISCELLANEOUS DISMISSALS

**98-1713. State ex rel. The Budd Co. v. Forney.**
Franklin App. No. 97APD04-454. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due October 21, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute with the requisite diligence. Upon consideration thereof,
  IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98-1760. Johnson v. Russell.**
Warren App. No. CA98-06-069. This cause is pending before the court as an appeal from the Court of Appeals for Warren County. It appears from the records of this court that appellant has not filed a merit brief, due October 26, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
  IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**98-2049. Kinvernon Corp. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96-L-1472. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
  IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
  ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.